THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Crystal Bryant, Appellant.
 
 
 

Appeal From Spartanburg County
 John C. Few, Circuit Court Judge
Unpublished Opinion No.  2007-UP-491
Submitted October 1, 2007  Filed October
 15, 2007
APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Dudek, South Carolina Commission on
 Indigent Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster; Chief Deputy Attorney
 General John W. McIntosh; and Assistant Deputy Attorney General Salley W.
 Elliott, all of the Office of the Attorney General, of Columbia; and Solicitor Harold
 W. Gowdy, III, of Spartanburg, for Respondent
 
 
 

PER CURIAM: Crystal
 Bryant was convicted of common law robbery.  She was sentenced under the
 Youthful Offender Act to a sentence of an indeterminate length, not to exceed
 six years, and was required to participate in a drug treatment program.  On
 appeal, Bryant contends the trial court erred in failing to direct a verdict in
 her favor due to insufficient evidence.  Bryant did not file a pro se brief.  After a thorough review of the record and counsels brief pursuant to Anders
 v. California, 386 U.S. 738 (1969), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels motion to
 be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., HUFF and KITTREDGE, JJ., concur.        

[1] We decide this case without oral argument pursuant to
 Rule 215, SCRACR.